UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

ROBERT DUNPHY,  :
    Petitioner  :
      :
vs.  : CIVIL No. 1:15-CV-00218
      :
R.A. PURDUE,  :
    Respondent  :

*O R D E R*

AND NOW, this 23rd day of September, 2015, upon consideration of the report and recommendation of Magistrate Judge Schwab (Doc. 12), filed on August 17, 2015, to which no objections were filed, and upon independent review of the record, it is ordered that:

1. Magistrate Judge Schwab's report and recommendation is ADOPTED.

2. The petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is DENIED.

3. The clerk shall close this file.

    /s/William W. Caldwell
    William W. Caldwell
    United States District Judge